Lawrence P. Eagel, Esq. (LE4505)
Raymond A. Bragar, Esq.
BRAGAR WEXLER EAGEL & SQUIRE, P.C.
One Gateway Center, Suite 2600
Newark, NJ 07102
(973) 471-4010
(973) 471-4646 (facsimile)
    -and-
885 Third Avenue, Suite 3040
New York, NY 10022
(212) 308-5858
(212) 486-0462
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRINAD CAPITAL MASTER FUND, LTD., individually and derivatively on behalf of MAJESCO ENTERTAINMENT COMPANY,<br><br>                  Plaintiff,<br>-against-<br><br>MORRIS SUTTON, JESSE SUTTON, JOSEPH SUTTON, LOUIS LIPSCHITZ, AND LAURENCE ARONSON,<br><br>                  Defendants,<br><br>MAJESCO ENTERTAINMENT COMPANY,<br><br>                  Nominal Defendant. | Case No. 2:06-CV-05265-PGS-RJH<br><br>**MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE ACTION SETTLEMENT** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT, on March 9, 2009, at 11:00 a.m., or as soon thereafter as counsel my be heard, the undersigned attorneys for the plaintiff, will move this Court before the Honorable Peter G. Sheridan for the entry of an order preliminarily approving the settlement and providing notice in the form submitted herewith.

In support of this motion, plaintiff will rely upon Plaintiff's Memorandum of Law In Support of Preliminary Approval of the Proposed Settlement and the Declaration of Lawrence P. Eagel in Support of Motion for Preliminary Approval of Settlement, dated March 2, 2009, and exhibits thereto, including the Stipulation of Settlement.

Dated: March 2, 2009

        BRAGAR WEXLER EAGEL &
        SQUIRE, PC

By: _/s/ Lawrence P. Eagel_____
      Lawrence P. Eagel (le 4505)
      Raymond A. Bragar
One Gateway Center, Suite 2600
Newark, NJ 07102
(973) 471-4010
(973) 471-4646 (facsimile)

        -and-

885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858

Attorneys for Plaintiff