UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK OFFICE**

May 11, 2009
**DATE OF PROCEEDINGS**

**JUDGE** Peter G. Sheridan, USDJ

**COURT REPORTER:** Ira Rubenstein

**Other(s)** _____
Trinad Capital Master Funds, Ltd.

**Docket #** Civ. 06 - 5265 (PGS)

**vs.**
Morris Sutton, et al
**APPEARANCE:**
Lawrence P. Eagel, Esq., for Plaintiff

Marc B. Kramer, Ronit Setton and Lawrence M. Rolnick, Esqs., for Defendants

**NATURE OF PROCEEDINGS:**

Hearing on the Proposed Settlement.

Revised Order of Settlement to be submitted.

Adjourned to:_____    Time commenced: 10:00 a.m.    Time Adjourned: 10:30 a.m.

Dolores Hicks
DEPUTY CLERK

**cc: Chambers**